**B18 (Official Form 18) (12/07)**

# United States Bankruptcy Court

District of Arizona
**Case No. 2:09−bk−25238−RJH**
**Chapter 7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| PETER L NOIMANIVONE | LASOI NOIMANIVONE |
| 6606 WEST HUGHES DRIVE | 6606 WEST HUGHES DRIVE |
| PHOENIX, AZ 85043 | PHOENIX, AZ 85043 |

Social Security / Individual Taxpayer ID No.:
xxx−xx−7401        xxx−xx−6469

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: 1/27/10        Randolph J. Haines
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0970-2          User: mcelroyc              Page 1 of 1              Date Rcvd: Jan 27, 2010
Case: 09-25238                Form ID: b18                Total Noticed: 17
```

The following entities were noticed by first class mail on Jan 29, 2010.
```
db/jdb      +PETER L NOIMANIVONE,    LASOI NOIMANIVONE,    6606 WEST HUGHES DRIVE,    PHOENIX, AZ 85043-5547
aty          JOSEPH W. CHARLES,    PO BOX 1737,    GLENDALE, AZ  85311-1737
tr           DAVID M. REAVES,    PO BOX 44320,    PHOENIX, AZ  85064-4320
cr          +Suntrust Bank,    Attn: Support Services,    P.O. Box 85092,    Richmond, VA 23286-0001
8532319      ADT Security Services, Inc.,    14200 E Exposition Ave,    Aurora CO 80012-2540
8532321      BMW FINANCIAL,    P. O. Box 78066,    Phoenix AZ 85062-8066
8532322     +BROWN FAMILY COMMUNITIES,    PO BOX 62438,    Phoenix AZ 85082-2438
8532326     +FIRST SOURCE ADVANTAGE LLC,    PO BOX 628,    Buffalo NY 14240-0628
8579367     +JPMorgan Chase Bank National Association,    c/o McCarthy & Holthus, LLP,    1770 Fourth Avenue,
             San Diego, CA 92101-2607,    (619) 685-4800
8532327      SUNTRUST,    P. O. Box 79114,    Baltimore MD
8532328     +TODD FINANCIAL DBA SPEEDY CASH,    5819 West Camelback Road,    Phoenix AZ 85031-1019
```

The following entities were noticed by electronic transmission on Jan 27, 2010.
```
tr           EDI: QDMREAVES.COM Jan 27 2010 19:13:00     DAVID M. REAVES,    PO BOX 44320,
             PHOENIX, AZ  85064-4320
smg          EDI: AZDEPREV.COM Jan 27 2010 19:13:00     AZ DEPARTMENT OF REVENUE,    BANKRUPTCY & LITIGATION,
             1600 W. MONROE, 7TH FL.,    PHOENIX, AZ  85007-2650
cr          +EDI: BANKAMER2.COM Jan 27 2010 19:13:00     Suntrust Bank,    Attn: Support Services,
             P.O. Box 85092,    Richmond, VA 23286-0001
8532320      EDI: BANKAMER.COM Jan 27 2010 19:13:00     BANK OF AMERICA,    P. O. Box 851001,
             Dallas TX 75285-1001
8532323     +Fax: 614-760-4092 Jan 27 2010 23:41:36     BUCKEYE CHECKMARK,    7710 West Lower Buckeye Road, #10,
             Phoenix AZ 85043-3439
8532324      EDI: CHASE.COM Jan 27 2010 19:13:00     CHASE,    P. O. Box 94014,    Palatine IL 60094-4014
8532325     +E-mail/Text: bankruptcy@callcheckmate.com                            Check Mate,    PO BOX 45208,
             Phoenix AZ 85064-5208
8532329      EDI: CHASE.COM Jan 27 2010 19:13:00     WAMU/CHASE,    P. O. Box 78148,    Phoenix AZ 85062-8148
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           JPMorgan Chase Bank National Association    and th
                                                                                              TOTALS: 1, * 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 29, 2010**          **Signature:** *Joseph Speetjens*